SUCESIÓN RODRÍGUEZ, DEMANDANTE Y APELANTE, *v.* PÉREZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre reivindicación y daños y perjuicios.

No. 1478.—Resuelto en marzo 29, 1917.

REIVINDICACIÓN—ACCIÓN REIVINDICATORIA—TÍTULO DE HEREDERO—PRUEBA TESTIFICAL.—El demandante que en una acción reivindicatoria reclame su derecho como heredero, puede justificar este carácter mediante prueba testifical.

ID.—TÍTULO PRIMA FACIE—IDENTIFICACIÓN DE LA FINCA—DESLINDE.—En una acción reivindicatoria de finca rústica es bastante que la prueba establezca un título *prima facie* a favor del demandante y que la finca sea identificada por testigos conforme la descripción hecha en la demanda, de manera que el márshal, quien más bien es un funcionario ministerial que judicial, pueda ponerlo sin dificultad en posesión de ella. En este caso, examinada la prueba, *se resolvió:* que aunque es cierto que la prueba del dominio pudo haber sido más concluyente y que la identidad de la finca pudo haberse establecido más claramente mediante la práctica de un deslinde, sin embargo se demostraron suficientemente dichos extremos.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Henry G. Molina.*

Abogado del apelado: *Sr. Eugenio Benítez Castaño.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

La presente fué una acción reivindicatoria de un predio

de terreno valorado en $300, más o menos, el cual se describe en la demanda como sigue:

"Rústica, situada en el barrio de Barraza, de la jurisdicción de Carolina, compuesta de diez cuerdas, colindantes por el norte con Marcelino Pérez, por el sud con Tomás Rodríguez, por el este con Anastasio Colón y por el oeste con José Pastrana."

En la Corte Municipal de Carolina, donde según lo que aparece de los autos, solamente presentaron los demandantes un testigo y sólo ofrecieron como prueba un testamento a cuya admisión se opuso el demandado por considerarlo "sin valor alguno," y el demandado renunció a la presentación de ninguna prueba, el juez municipal desestimó la demanda condenando al demandado al pago de las costas.

El demandado no compareció al juicio *de novo* que se celebró en la corte de distrito y dicho juez de distrito, después de oir la prueba presentada por los demandantes declaró sin lugar la demanda por no haberse probado el dominio de la finca reclamada a favor de la parte demandante ni la identidad de la misma.

No podemos estar de acuerdo con ninguno de los fundamentos en que se basa su sentencia el juez sentenciador.

La prueba testifical presentada por los demandantes en la corte de distrito fué substancialmente la siguiente:

"Anastasio Delgado declaró que vivía en el barrio de Carruso, de la Carolina, donde nació, desde hace cuarenta y tres años; conoció a Juan de la Cruz Rodríguez Hernández quien murió hace como veinte años; antes de morir Rodríguez poseía una finca de 16 cuerdas en el barrio de Barraza de la Carolina en concepto de dueño, como herencia de su padre; dichos terrenos colindan al saliente, con Anastasio Colón, al sud, con Tomás Rodríguez, al poniente con José Pastrana y al norte, con Simón Maeso, cuyas 16 cuerdas las poseyó Rodríguez por unos 8 ó 10 años antes de morir. Juan de la Cruz Rodríguez dejó siete hijos llamados Sandalio, Juan, Anastasia, conocida por Agueda, Carlos, Julián, Andrés y Jacoba, que dejó cuatro hijos llamados Leocadia, Celestina, Isabelo y Filomeno Carrasquillo, siendo su padre Telésforo Carrasquillo; que Jacoba había tenido dos hijos más, María Filomena e Inocencia, que mu-

rieron en su niñez. Juan de la Cruz Rodríguez no dejó testamento. Que Marcelino Pérez está en posesión de esas 16 cuerdas pero no le fueron vendidas por Juan de la Cruz Rodríguez o su sucesión; que hará unos 8 ó 10 años que él entró en posesión de seis cuerdas que le vendió la sucesión de Juan de la Cruz Rodríguez, quedando 10 cuerdas que colindan al saliente, con Anastasio Colón, al sud con Tomás Rodríguez, al poniente con José Pastrana y al norte con Marcelino Pérez, o sean las seis cuerdas vendidas. Cuando la sucesión vendió las seis cuerdas quedaron en posesión de las 10 restantes, dos tíos, Felipe y Petrona, que continuaron allí hasta su fallecimiento, hace cuatro o seis años. Preguntado por el juez si una persona que vaya allí, sin conocer ese terreno puede decir cuáles son las diez cuerdas por las simples colindancias, contestó que sí. Preguntado nuevamente si a una persona que no sea el testigo le dan esas colindancias y se le dice que los terrenos están en el barrio de Barraza, podría decir cuáles son esas diez cuerdas o si tendría que hacer alguna mensura, dijo que a ojo podría identificar las diez cuerdas, por medio de los puntos.

"Julián Rodríguez declaró que es uno de los demandantes en este pleito; que su padre se llamaba Juan de la Cruz Rodríguez y murió hace unos 15 años; que cuando falleció su padre tenía éste una finca en el barrio de Barraza de 16 cuerdas y se encontraba en posesión de ella al fallecer; las tenían un hermano y una hermana a quien se las había dejado y el hermano Felipe que trabajaba allí a medias; que las 16 cuerdas eran de Juan de la Cruz Rodríguez, las cuales le correspondieron por herencia de su padre Javier Rodríguez que falleció hace unos veinte años antes de su padre; sabe que desde la muerte de Javier venía su padre poseyendo las diez y seis cuerdas, que sus colindancias son al saliente, Anastasio Colón, al sud, Tomás Rodríguez, al poniente, José Pastrana y al norte Simón Maeso; que a Marcelino Pérez a quien se le vendieron seis cuerdas en colindancia con Simón Maeso, está hoy en posesión de las diez y seis cuerdas; que las 10 cuerdas que quedaron de las 16, colindan al norte con las 6 de Marcelino Pérez, y por los demás lados con las mismas colindancias de las 16, y éstas le fueron entregadas con una medida de vara de curricán. Se marcaron las 6 cuerdas con palitos, como se observa en el campo; yo he visto los terrenos en estos días, y están los palos allí; yo podría ir allí y decir, éstas son las 6 cuerdas y éstas las 10 cuerdas; que el testigo estaba presente cuando se hizo la venta de las 6 cuerdas a Marcelino Pérez; que el testigo podría ir al terreno y decir, éstas son las seis cuerdas y éstas las

diez cuerdas; que nunca han vendido esas 10 cuerdas a Marcelino
Pérez ni a ninguna otra persona; que sabe que las 10 cuerdas están
en el barrio de Barraza, pudiendo ir allí y distinguir a simple vista
las 10 cuerdas de las 6; que Marcelino Pérez tenía cercadas las seis
cuerdas, pero quitó el alambre hará un año o dos; 'Quedó alguna
huella allí del alambre?' 'Si señor.' '¿Qué huella quedó?' 'Las
señas de los hoyos y de los espeques.' '¿Cuánto tiempo hace que
quitaron esa cerca?' 'Habrá como un año o dos años que quitaron
la cerca.' '¿Cuánto tiempo hace que le vendieron Uds. esas seis cuer-
das a Marcelino Pérez?' 'Habrá como 9 años, más o menos.' Que
hará unos 9 años que vendieron las seis cuerdas a Marcelino Pérez;
que después de dicha venta Marcelino entró en posesión de las seis
cuerdas quedando sus tíos en posesión de las diez restantes y des-
pués del fallecimiento de Felipe hace ocho años Marcelino tomó po-
sesión de las 10 cuerdas, y quitó el alambre hará un año.

"Ramón Rodríguez Hernández declaró que vive en el barrio
de Carruso donde ha vivido desde que nació y tiene de cincuenta
a cincuenta y cinco años; que Juan de la Cruz Rodríguez murió según
parece al testigo antes de la tormenta y cuando falleció poseía una
finca de diez y seis cuerdas en el barrio de Barraza que colindaban
entonces al saliente, con Anastasio Colón, al poniente, José Pastrana,
al sud, con Tomás Rodríguez y al norte, con Simón Maeso; después
de muerto Juan de la Cruz Rodríguez se vendieron 6 cuerdas que
quedan a la parte norte; que las 10 cuerdas restantes tienen las mis-
mas colindancias, a excepción del norte, que las 6 cuerdas de Mar-
celino Pérez; que Juan de la Cruz Rodríguez poseía las 16 cuer-
das como 10 ó 12 años antes de su muerte y había adquirido esos te-
rrenos de su padre Javier Rodríguez; que Marcelino Pérez está
en posesión de esas 10 cuerdas hoy; que conoce las 10 cuerdas recla-
madas las cuales están en el barrio de Barraza.

"Telésforo Carrasquillo declaró que vive en Carruso y tiene 45
años, habiendo vivido siempre en dicho barrio; que su señora era
hija de Juan de la Cruz Rodríguez; conoció a Juan de la Cruz Ro-
dríguez quien poseía al morir una finca de 16 cuerdas en el barrio
de Barraza; sabe que eran 16 cuerdas porque fué con él cuando iba
a pagar las contribuciones; que después de muerto Juan de la Cruz
los hijos pagaban la contribución; que hoy está en posesión de las
16 cuerdas Marcelino Pérez; que a éste le vendieron ellos seis cuer-
das hará más de ocho años; se entregaron esas 6 cuerdas por un
curricán, un hilo por vara medidas; se fijaron los puntos entre las
6 y las 10 cuerdas con puntos de *espeques de jobo;* estuvieron allí

esos puntos hasta algún tiempo, no sé si los habrá quitado, porque él quitó el alambre que había; hace como dos o tres años que él quitó el alambre; que no han vendido el resto de las 10 cuerdas que son las que reclaman; que ese terreno se adquirió por herencia de Juan de la Cruz Rodríguez; que éste estuvo poseyendo allí desde joven, como 20 años más o menos; después de morir Juan de la Cruz quedaron dos hermanos allí; que cuando Juan de la Cruz murió le dijo que le tuviera cuidado con sus dos hermanos que eran ancianos, que no los retiraran de allí hasta que no murieran. Que todos ellos vendieron las seis cuerdas a Marcelino Pérez y se les hizo un documento por las seis cuerdas; que el documento fué firmado por Sandalio Rodríguez, Carlos Rodríguez, Juan Rodríguez, Julián Rodríguez y Anastasia Rodríguez y el testigo por sus hijos menores; que los hermanos de Juan de la Cruz que quedaron en la finca no firmaron el documento con los demás y al vender las 6 cuerdas esos tíos quedaron en las 10 cuerdas.''

Fueron asimismo admitidas como pruebas las certificaciones de nacimiento y fe de bautismo de los demandantes y la certificación de defunción de Juan de la Cruz Rodríguez y Hernández de la cual aparece que falleció en el barrio de Carruso, término municipal de Trujillo Bajo, el día 11 de abril de 1898, siendo viudo de Clemencia Rodríguez, de cuyo matrimonio dejó siete hijos nombrados Sandalio, Juan, Carlos, Agueda, Julián, Andrés y Jacoba Rodríguez y Rodríguez, habiendo sido admitidas también como prueba las certificaciones de defunción de Jacoba Rodríguez y Rodríguez y de sus hijas Inocencia y María Filomena Carrasquillo y Rodríguez.

Los demandantes que reclamen su derecho como herederos en una acción reivindicatoria pueden justificar su carácter de herederos mediante las declaraciones de testigos. *Soriano et al.* v. *Rexach et al.,* 23 D. P. R. 573; *Morales et al.* v. *Landrau et al.,* 15 D. P. R. 782.

Los hechos como han sido expresados en los casos de *Díaz* v. *El Pueblo et al.,* 17 D. P. R. 60, *Coira* v. *Ortiz et al.,* 18 D. P. R. 213, *Siragusa et al.* v. *El Pueblo de Puerto Rico et al.,* 18 D. P. R. 595, y *Gil et al.* v. *Sucesión Rosso et al.,* 23 D. P. R.

206, son suficientes, sin comentario de ninguna clase, para establecer la diferencia que existe entre dichos casos y el que ahora consideramos.   En el caso de *Caneja* v. *Rosales & Co.,* 19 D. P. R. 270, la porción de terreno que trató de reivindicarse se describía en la demanda como sigue: seis cuerdas y un céntimo de otra, colindando por el este con el camino vecinal de la Carolina, por el oeste con la antigua hacienda Providencia, hoy Rosales y Compañía, por el norte con los terrenos antes denominados los Frailes, hoy Rosales y Compañía, y por el sur, con los demás terrenos de la finca del demandante. Este tribunal después de haber hecho un análisis acabado de los hechos como quedaron probados en el juicio, resolvió que el terreno reclamado por el demandante había sido descrito suficientemente en la demanda, pero que la prueba presentada para establecer la verdad de la alegación del demandante respecto a la descripción de la finca y que fué negada por los demandados era tan confusa e incompleta que no podía ser considerada como que sostenía la demanda en cuanto al particular, y por tanto que no pudo servir de verdadero fundamento para su sentencia de conformidad con dicha descripción.

Aunque es cierto que en el presente caso la prueba del dominio podría haber sido más concluyente y que la identidad de la finca pudo haberse establecido más concluyentemente mediante la práctica de un deslinde, sin embargo, difícilmente puede decirse que la referida prueba no establece un título *prima facie* a favor de los demandantes ni que dicha finca está tan lejos de poder ser identificada que se hace imposible verificar la entrega de posesión. Asumiendo, como debemos hacerlo, a falta de alguna conclusión en sentido contrario que los testigos de los demandantes dicen la verdad, creemos que es razonablemente claro que el márshal de la corte, aunque desde luego es un funcionario más bien ministerial que judicial no debe encontrar verdadera dificultad en poner a los demandantes en posesión de las diez cuerdas objeto de esta demanda cuyas colindancias, como han sido referidas por los

testigos, son idénticas a la descripción hecha en la demanda, con la circunstancia adicional de que la colindancia por la parte norte es la línea ocupada anteriormente por una cerca de alambre que separaba las seis cuerdas que fueron vendidas al demandado del resto de las diez cuerdas pertenecientes a los demandantes.

Debe revocarse la sentencia apelada debiendo este tribunal dictar otra en su lugar en que se decrete y resuelva que los demandantes son los dueños del predio de terreno descrito en la demanda y como tales con derecho a la inmediata posesión de dicho predio, ordenándose debidamente que se expida mandamiento a fin de que el referido predio de terreno sea entregado a los demandantes, y consignándose por modo expreso que la colindancia norte de la finca reivindicada es la línea de que se deja hecho mérito ocupada anteriormente por una cerca de alambre.

> *Revocada la sentencia apelada y dictada otra decretando que la finca que se reclama es de la propiedad de la demandante, sin especial condenación de costas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.